NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

KA09-875

STATE OF LOUISIANA

VERSUS

MILTON ANTHONY WILKS
    aka FRANK WILKS

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. CR 118397
HONORABLE GLENNON P. EVERETT

**********

J. DAVID PAINTER
JUDGE

**********

Court composed of Marc T. Amy, Billy H. Ezell, and J. David Painter, Judges.

APPEAL DISMISSED.

Hon. Michael Harson
District Attorney, 15th JDC
P. O. Box 3306
Lafayette, LA 70502-3306
(337) 291-7009
COUNSEL FOR APPELLEE:
    State of Louisiana

Hon. W. Jared Franklin
Attorney at Law
3001 Old Minden Road
Bossier City, LA 71112-2426
(318) 746-74567
COUNSEL FOR APPELLANT:
    Milton Anthony Wilks
        aka Frank Wilks

**Painter, Judge.**

The Defendant, Milton Anthony Wilks, a/k/a Frank Wilks, was charged by bill of information with purse snatching, a violation of La.R.S. 14:65.1, district court docket number 118397. The court minutes of September 30, 2008, indicate the State dismissed the charge.

On March 30, 2009, the Defendant filed a motion in the trial court seeking an appeal of this charge as well as the Defendant's conviction under district court docket number 98483.1. The Defendant also requested the cases be consolidated. The trial court granted the appeal and the consolidation.

On July 24, 2009, this court issued a rule to show cause why the appeal in the above-captioned case should not be dismissed, as the charge at issue was dismissed. The Defendant responded, conceding that the charge was dismissed.

Accordingly, the appeal in the above-captioned case is hereby dismissed.

**APPEAL DISMISSED.**